

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Florencio Bargas, Appellant

No. 06-17-00078-CR     v.

The State of Texas, Appellee

Appeal from the County Criminal Court No. 3 of Denton County, Texas (Tr. Ct. No. CR-2016-07928-A). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We further order that the appellant, Florencio Bargas, pay all costs of this appeal.

RENDERED JULY 18, 2017
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk